Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Defendants:*
*Rushmore Loan Management Services, LLC; U.S. Bank National Association, not in its Individual Capacity But Solely as Trustee for the RMAC Trust, Series 2016-CTT; U.S. Bank National Association; Clear Recon Corp*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATT P. JACOBSEN,<br><br>Plaintiff,<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC; U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT; U.S. BANK NATIONAL ASSOCIATION; CLEAR RECON CORP,<br><br>Defendants. | Case No.: 3:19-cv-00017-MMD-WGC<br><br>ORDER GRANTING<br><br>**MOTION TO EXTEND TIME TO FILE REPLY BRIEF**<br><br>**(First Request)** |

Defendants RUSHMORE LOAN MANAGEMENT SERVICES, LLC ("Rushmore"); U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT ("RMAC Trust"); U.S. BANK NATIONAL ASSOCIATION ("US Bank"); and CLEAR RECON CORP ("Clear Recon" and collectively "Defendants") by and through their counsel of record, Aldridge Pite, LLP, hereby move for additional time to submit their Reply brief in support of their Motion to Dismiss, which was filed on February 1, 2019. (*See* ECF No. 3). This is Defendants' first request.

Defendants submit that good cause exists to extend the existing Reply deadline, which is February 22, 2019. Although Plaintiff's Response to Motion to Dismiss (ECF No. 6) was

purportedly served by mail on February 12, Defendants' counsel did not receive a copy of the Response until February 19 when the Court sent a notice of e-filing.  As such, Defendants respectfully request that the Court afford Defendants the full seven days to file their Reply through February 26, 2019 in accordance with LR 7-2(b).  This request is not being brought in bad faith or for purposes of delaying the briefing on the matter, but rather is being brought to assist Defendants' counsel with ordinary case management practice as contemplated by the local rules.

DATED this 22nd day of February, 2019.

ALDRIDGE PITE, LLP

*/s/ Jory C. Garabedian*

Jory C. Garabedian
Nevada Bar No. 10352
*Attorney for Defendants*

IT IS SO ORDERED.

Dated: February 25, 2019

_____
U.S. District Judge

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that on February 22nd, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy to:

>Matt Jacobsen
>1311 La Loma Drive
>Carson City, NV 89701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of February, 2019, at Las Vegas, Nevada.

*/s/ Chelsea Miller*
CHELSEA MILLER
Paralegal for the Firm