AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MATT P. JACOBSEN,

        Plaintiff,

v.

RUSHMORE LOAN MANAGEMENT SERVICES, LLC; U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT; U.S. BANK NATIONAL ASSOCIATION; CLEAR RECON CORP,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:   3:19-cv-00017-MMD-WGC

____ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (ECF No. 3) is granted. Plaintiff's case is dismissed with prejudice.

Date:  June 10, 2019

                                            DEBRA K. KEMPI
                                            Clerk



                                            /s/  D.R. Morgan
                                            Deputy Clerk