|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 10 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MATT P. JACOBSEN,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al.,<br><br>        Defendants-Appellees. | No.   19-16341<br><br>D.C. No.<br>3:19-cv-00017-MMD-WGC<br>District of Nevada,<br>Reno<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The appellant's opposed motion (Docket Entry No. 11) for a further extension of time to file the opening brief is granted.

The court sua sponte resets the due date for the opening brief to February 7, 2020.

The appellant is reminded that the court expects a brief to be filed within an initially requested extension of time.  See Advisory Committee Note to 9th Cir. R. 31-2.2.  No further extension of time will be granted to file the opening brief absent extraordinary circumstances.

The answering brief is due March 9, 2020.  The optional reply brief is due within 21 days after service of the answering brief.

GS / AC / 01/06/2020/Pro Mo