Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Defendants:*
*Rushmore Loan Management Services, LLC; U.S. Bank National Association, not in its Individual Capacity But Solely as Trustee for the RMAC Trust, Series 2016-CTT; U.S. Bank National Association; Clear Recon Corp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATT P. JACOBSEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC; U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT; U.S. BANK NATIONAL ASSOCIATION; CLEAR RECON CORP,<br><br>        Defendants. | Case No.: 3:19-cv-00017-MMD-WGC<br><br>**ORDER GRANTING MOTION TO CANCEL/EXPUNGE LIS PENDENS** |

After review and consideration of Defendants' Motion to Cancel/Expunge Lis Pendens (the "Motion" – ECF No. 23), and good cause appearing, the Court grants the Motion based on the reasons stated in the Motion.

NOW WHEREFORE, IT IS HEREBY ORDERED that the following Notice of Lis Pendens are hereby cancelled and expunged from record:

(1) the Notice of Lis Pendens recorded on December 12, 2018 in the official records of the Carson City Recorder as file no. 490603;

(2) the Notice of Lis Pendens recorded on July 29, 2019 as document no. 496765 in the official records of the Carson City Recorder;

(3) and/or any other lis pendens or notice of pendency of action recorded as result of the above-captioned matter.

IT IS FURTHER ORDERED that pursuant to NRS 14.107(1), a copy of this Order may recorded in the Carson City, Nevada Recorder's Office and against that real property subject to this action located at 1311 La Loma Drive, Carson City, Nevada 89701 – APN 008-342-19.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 16, 2021

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, San Diego, CA 92117.

I hereby certify that on April 15th, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a copy was electronically transmitted to:

> Matt Jacobsen
> Email: mj@annllc.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of April, 2021, at San Diego, California.

*Agustina Sandoval*

AGUSTINA SANDOVAL
Paralegal for the Firm